■ LAURA L. CAMPOPIANO et al., Respondents, v PAUL J. VOLCKO, Appellant. (Appeal No. 1.) [876 NYS2d 916]—Appeal from an order of the Supreme Court, Monroe County (William P. Polito, J.), entered September 18, 2007 in a personal injury action. The order, among other things, granted in part plaintiffs' motion to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Centra, J.P., Peradotto, Carni, Green and Pine, JJ.